IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH)

CASE NO. 16-MJ-08462-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAURA CHATMAN,

    Defendant.

_____/

**<u>DEFENDANT'S UNOPPOSED MOTION TO CHANGE RESIDENCE</u>**

COMES NOW, Defendant, LAURA CHATMAN, by and through undersigned counsel, and respectfully moves the Court for an order allowing defendant permission to change her residence within the Southern District of Florida pursuant to 18 U.S.C. § 3142 in this matter and as grounds therefore would state the following:

1. On December 21, 2016, defendant was arrested on a Criminal Complaint for the offenses of Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 1349 and False Statements related to Health Care Matters in violation of 18 U.S.C. § 1035.

2. Defendant appeared before the Honorable Magistrate Judge William Mattewman and was released on a $100,000.00 Corporate Surety Bond and a $150,000.00 Personal Surety Bond along with all standard conditions and special conditions of release (D.E. 25 and 26).

3. A standard condition of defendant's release is that she not change her address without prior approval from the Court.

4. Defendant would seek permission to change her residence from 9120 Eguus Circle, Boynton Beach, Florida 33472 to 9038 Indian River Run, Boynton Beach, Florida 33472 within the Southern District of Florida.



CASE NO. 16-MJ-08462-WM

5. Undersigned certifies that he has conferred with AUSA Ann Marie C. Villafana, who states she does not oppose the instant motion.

WHEREFORE, it is respectfully requested that this Honorable Court enter an order granting Defendant's Unopposed Motion to Change Residence.

Respectfully submitted,

**MASE TINELLI, P.A.**
2601 S Bayshore Drive, Suite 800
Miami, Florida 33133
Tel:   (305) 377-3770
Fax:  (305) 377-0080

By:   */s/ Christopher G. Lyons*
CHRISTOPHER G. LYONS
Florida Bar No.: 985457
Email: clyons@masetinelli.com
filing@masetinelli.com
mirizarry@masetinelli.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2017, the foregoing has been electronically filed with the Clerk of Court and all parties of record through CM/ECF.

By:   */s/ Christopher G. Lyons*
CHRISTOPHER G. LYONS